Bruno J Bembi
Attorney at Law
P.O. Box 5248
Hempstead, NY 11551
(516) 483 -7372

Brunobembi4@gmail.com

March 3, 2026

BY ECF
Honorable Judge Nusrat J Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Chicas Gutierrez v Mullin, 26-cv-4003-NJC (habeas corpus)

Attorney Affirmation of Service

Dear Hon. Judge Choudhury:

I affirm that today I emailed a copy of the habeas corpus petition in the above matter, along with a copy of the order to show cause, civil cover sheet, and notice of electronic filing to AUSA Elliot Schachner, and that I sent a copy of the same by USPS Priority Express Mail to the U.S. Attorney's Office, 271 Cadman Plaza E., Brooklyn NY 11201. I also affirm that I served a copy of the petition on Thursday night, July 2, 2026 to AUSA Schachner in this matter.

Respectfully submitted,

Bruno J Bembi
Attorney for Petitioner

cc: AUSA (electronically)