# EXHIBIT A

# Notice and Order of Expedited Removal

## DETERMINATION OF INADMISSIBILITY

Event No:RGC1610000790

File No: A208 677 510

Date: November 01, 2015

In the Matter of: JOSE ADALBERTO CHICAS-GUTIERREZ

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1. You are not a citizen or national of the United States;
2. You are a native of EL SALVADOR and a citizen of EL SALVADOR ;
3. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act;

MARIO A. TOBIAS
BORDER PATROL AGENT
Name and title of immigration officer (Print)

Signature of immigration officer

## ORDER OF REMOVAL
## UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

MARIO A. TOBIAS
BORDER PATROL AGENT
Name and title of immigration officer (Print)

Signature of immigration officer

VICTOR H. ALTAMIRANO
ACTING PATROL AGENT IN CHARGE
Name and title of supervisor (Print)

Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

## CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on 11-1-15
(Date)

Signature of immigration officer

# EXHIBIT B

U.S. DEPARTMENT OF HOMELAND SECURITY

# NOTICE TO ALIEN ORDERED REMOVED/DEPARTURE VERIFICATION

A-File No: 208 677 510

Date: 11/01/2015

Alien's name: JOSE ADALBERTO CHICAS-GUTIERREZ

You have been found to be inadmissible to the United States under the provisions of section 212(a) of the Immigration and Nationality Act (Act) or deportable under the provisions of section 237 of the Act as a Visa Waiver Pilot Program violator. In accordance with the provisions of section 212(a)(9) of the Act, you are prohibited from entering, attempting to enter, or being in the United States

- [x] For a period of 5 years from the date of your departure from the United States as a consequence of your having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Act.
- [ ] For a period of 10 years from the date of your departure from the United States as a consequence of your having been ordered removed in proceedings under any section of the Act other than section 235(b)(1) or 240, or of being ordered excluded under section 236 of the Act in proceedings commenced prior to April 1, 1997.
- [ ] For a period of 20 years from the date of your departure from the United States as a consequence of being found inadmissible and being previously excluded, deported, or removed from the United States.
- [ ] At any time because in addition to being found inadmissible, you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected, you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

**WARNING FOR ALL REMOVED ALIENS: It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.**

**SPECIAL NOTICE TO SEX OFFENDERS: Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.**

| MARIO A. TOBIAS | BORDER PATROL AGENT | BROWNSVILLE, TEXAS |
|---|---|---|
| (Signature of officer serving warning) | (Title of officer) | (Location of DHS Office) |

## Verification of Removal

(Complete this section for file copy only)

| Departure Date | Port of Departure | | Manner of Departure |
|---|---|---|---|
| Signature of Verifying Officer | | Title of Officer | Juan L. Soto, DO 7850 |



Photograph of Alien

REMOVED

ICE AIR OPS
LAREDO, TX



Right Index Finger

(Signature of alien whose fingerprint and photograph appear above)

(Signature of official taking fingerprint)

DHS Form I-296 (1/12)

# EXHIBIT C

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# WARRANT OF REMOVAL/DEPORTATION

**File No:** A208 677 510

**Date:** 6/30/26

**To any immigration officer of the United States Department of Homeland Security:**

Chicas-Gutierrez, Jose Adalberto

(Full name of alien)

who entered the United States at Unknown (Place of entry) on Unknown (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☐ an immigration judge in exclusion, deportation, or removal proceedings
- ☑ a designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

241(a)(5)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

Salaries and Expenses, Department of Homeland Security

For KENNETH GENALO KATHERINE D REY Digitally signed by KATHERINE D REY Date: 2026.06.30 19:21:41 -04'00'

(Signature of immigration officer)

Field Office Director

(Title of immigration officer)

June 30, 2016 New York, NY

(Date and office location)

Alien No: 208 677 510

To be completed by immigration officer executing the warrant: Name of alien being removed:

JOSE ADALBERTO CHICAS-GUTIERREZ

**Port, date, and manner of removal:** ______________________



Photograph of alien removed

Right index fingerprint of alien removed

______________________
(Signature of alien being fingerprinted)

______________________
(Signature and title of immigration officer taking print)

Departure witnessed by: ______________________
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

______________________
______________________
______________________
______________________

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: ______________________
(Signature and title of immigration officer)

# EXHIBIT D

DEPARTMENT OF HOMELAND SECURITY

# NOTICE OF FEE ASSESSMENT UNDER 8 U.S.C. § 1815

Fee Tracking Number: F260160544

File Number: 208 677 510

In the Matter of: CHICAS-GUTIERREZ, JOSE ADALBERTO

Name

191 Forrest Pl Bay Shore, NEW YORK, 117061113

Address (Number, Street, City, State, and Zip Code)

The U.S. Department of Homeland Security hereby provides notice of the following determinations:

☒ You are not a citizen or national of the United States,

☒ You have been apprehended by the U.S. Department of Homeland Security between ports of entry, and

☒ You are inadmissible under INA § 212(a), 8 U.S.C. § 1182(a).

Based on the foregoing, under 8 U.S.C. § 1815, you are required to pay a fee in the amount of $5,130

**Payment in full is due now.** See the enclosed **Payment Options** for instructions on how to make payment.

**Failure to promptly pay this debt has consequences,** including the accrual of interest, administrative costs, and a late payment penalty charge pursuant to 31 U.S.C. § 3717, 6 C.F.R. § 11.10, and 31 C.F.R. § 901.9. Interest shall accrue at the rate that is equal to the applicable U.S. Bureau of the Fiscal Service Current Value of Funds Rate on the delinquent principal debt amount from the date of this Notice. Administrative costs include costs for processing and handling of delinquent balances which accrue at 15% on the delinquent debt amount.

You can avoid assessment of interest and administrative costs if payment in full is received within thirty (30) days of this Notice date. Additionally, a late payment penalty charge will be assessed at the annual rate of 6% on any amount that is delinquent for more than ninety (90) days from the date of this Notice.

If you fail to promptly pay this debt, DHS may take any or all of the following actions:

- Refer your debt to the Department of Treasury's Cross-Servicing Program for further debt collection actions.
- Refer your debt to a private collection agency.
- Refer your debt to the U.S. Department of Justice to initiate collection litigation.
- Collection of this debt by administrative offset of any eligible Federal and State payments due to you.
- Report the indebtedness to national credit bureaus, which could adversely affect your credit rating.
- Take this debt into consideration, to the extent permitted by law, in future immigration-related proceedings, including admissibility determinations.

CHICAS-GUTIERREZ, JOSE ADA_ _RTO
Name

208 677 510
File Number:

F260160544
Fee Tracking Number:

You may file a written dispute of this Notice within 30 days from the date of the issuing immigration officer's signature listed below. You may request to inspect and copy records related to this debt. You may request to enter into a reasonable written repayment agreement that is acceptable to the agency to pay this debt in installments. You may submit an offer in compromise to settle this debt in accordance with 31 U.S.C. § 3711. Any such dispute, request to inspect and copy records, request of a reasonable written repayment agreement, or offer in compromise must be submitted to INAfees@cbp.dhs.gov .

Signature of Issuing Immigration Officer

Deportation Officer
Title of Issuing Immigration Officer

07/01/2026
Notice Date

Certificate of Service

ST JOHN
Served By (Print Name)

07/01/2026
Date Served

ST John Deportation Officer #D179
Name and title of employee or officer

Signature of employee or officer

Central Islip
Place of service

CHICAS-GUTIERREZ, JOSE ADALBERTO
Person served (print name)

Signature of person served
☐ Refusal to sign

Method of Service

☐ Personal Delivery
☐ First Class Mail
☐ Personal Delivery - Residence
☐ Delivery to Attorney by ____________
☐ Certified or Registered Mail

## PAYMENT OPTIONS

**You have the following options to make full payment of the amount due:**

**Online payment:** Make an online payment 24 hours a day/7 days a week at Pay.gov. Pay.gov is a secure internet payment platform provided by Bureau of Fiscal Service for payments to federal agencies.

To directly access the online payment form use:

To search for the online payment option on Pay.gov follow the directions below:

1. Search for "DHS Civil Penalty and Fee" on the top righthand corner of Pay.gov and find the form
2. Click continue to the form
3. Fill the form out with all required information including the Fee Tracking Number and full amount due to ensure the payment gets posted accurately
4. Retain copy of receipt for proof of submission

**Mail in payment:** Make a payment by mail using a check drawn on a U.S. bank or U.S. money order. The check or money order should be mailed to the address listed below and made out to U.S. Customs and Border Protection. The Fee Tracking Number must be referenced on the check or money order to ensure payment is accurately posted.

U.S. Customs and Border Protection
P.O. Box 979126
St. Louis, MO 63197-9000

**Contact CBP by email at INAFEES@cbp.dhs.gov with any questions.**

Department Of Homeland Security
Bureau of Immigration & Customs Enforcement

SPC/NYC 04.01.03

# Online Detainee Locator System
# PRIVACY NOTICE

*** * * * This notice is not applicable to detainees under the age of 18. * * * ***

U.S. Immigration and Customs Enforcement (ICE) will include limited personal information about you in the Online Detainee Locator System, a publicly searchable Internet database. While any person can use the Detainee Locator, it is intended to assist family members, friends, and legal representatives in locating persons who are in ICE custody.

The following personal information will be made available in the Detainee Locator: your full name, your year of birth, your country of birth, your custodial status ("in custody" or "not in custody"), and your current detention facility. The Detainee Locator also provides the address, phone number, and website for your current detention facility, and contact information for the ICE Enforcement and Removal Operations (ERO) office that is handling your immigration case.

People using the Detainee Locator may search for you by entering your country of birth, and either your Alien Registration Number (A-Number) or your first and last name. To search the Detainee Locator by name, the name entered must be an exact match to your name in the Detainee Locator. **It is important that you tell relatives your two names that appear in the locator system.**

**Disclosure of Your Information:** Information about you in the Detainee Locator will be shared with any person who conducts a search using your A-Number and/or exact first/last name, and your country of birth. Your information will remain in the Detainee Locator while you are in ICE custody and for 60 days after you are released from ICE custody (for any reason) or removed from the United States.

**Note:** Under Federal law (8 U.S.C. § 1367(a)(2) and (b)(4)), ICE may not disclose information relating to any individual who has a pending or approved petition for benefits under the Violence Against Women Act (VAWA), or a pending or approved request for a T Visa (trafficking victim) or a U Visa (victim of certain crimes) without first obtaining that individual's consent to the disclosure. Accordingly, ICE will not place any information about you into the Detainee Locator if you have a pending or approved VAWA petition or request for T or U Visa, unless you consent. Please notify the ICE officer if you have a pending or approved VAWA petition or request for T or U Visa. You will be asked to sign a separate form indicating whether you consent to disclosing your information to third parties through the Detainee Locator.

**Authority:** Collection and use of your information in this manner is authorized by the Immigration and Nationality Act and the Illegal Immigration Reform and Immigrant Responsibility Act (Title 8, United States Code), and the Homeland Security Act (P.L. 107-296).

REFUSED TO SIGN

Respondent ____________________

**A 208 677 510**

Witness ____________________

**www.ice.gov/locator/**

**Sistema Internet para Localizador de Detenidos**
**Aviso de Privacidad**
*** * * * Este aviso no aplica para los detenidos menores de 18 años de edad. * * * ***

El Servicio de Inmigración y Control de Aduanas de los Estados Unidos (ICE) incluirá infonnación personal suya de una manera limitada en el Sistema Internet para Localizador de Detenidos, una base de datos de intemet accesible al público. Aunque cualquier persona puede utilizar el Localizador de Detenidos, su propósito es asistir a miembros de familia, amigos y representantes legales en localizar a las personas que están bajo la custodia de ICE.

La siguiente infonnación personal estará disponible en el Localizador de Detenidos: su nombre completo, el año en que usted nació, su país de nacimiento, su estatus de custodia ("bajo custodia" o no bajo custodia"), y su centro de detención actual. El Localizador de Detenidos también proporciona la dirección, el número de teléfono y el sitio web del centro donde usted se encuentra y la infonnación para contactar a la oficina de ICE de Operaciones de Detención y Deportación (ORO) que está encargada de su caso.

Las personas que utilizan el Localizador de Detenidos pueden buscarlo entrando su país de nacimiento, su número de extranjero (A-Number) o su nombre y apellido. Para hacer una búsqueda basada en el nombre, el sistema localizador debe corresponder exactamente con el nombre que se entró. <u>Es importante gue le diga a sus familiares los dos nombres gue se le asignaron en el sistema localizador</u>.

**Revelación de su información**: Su infonnación será compartida con cualquier persona que lleve a cabo una búsqueda en el Localizador de Detenidos utilizando su número de extranjero (ANumber) o su primer nombre u apellido exacto y su país de nacimiento. Su infonnación quedara en el sistema mientras usted se encuentre bajo la custodia de ICE y después de 60 días de haber sido liberado (por cualquier razón) o removido de los Estados Unidos.

**Nota**: Bajo la Ley Federal (8 U.S.C. 1367(a)(2) y (b)(4), ICE no puede revelar infonnación relacionada a un individuo que tiene una solicitud pendiente o aprobada para beneficios bajo el acta de violencia contra las mujeres (V A WA), o una solicitud pendiente o aprobada de visa tipo T (para víctimas de tráfico humano) o una de visa tipo U, {para víctimas de algunos delitos) sin haber recibido el consentimiento del individuo para la revelación. Por consiguiente, ICE no entrará al Localizador de Detenidos ninguna infonnación suya si usted tiene una solicitud V A W A pendiente o aprobada o una solicitud para una visa tipo T o tipo U, a no ser que usted de su consentimiento. <u>Por favor infónnele al Oficial de ICE si usted tiene una solicitud V A W A pendiente o aprobada o una solicitud para una visa tipo T o U</u>. Se le pedirá que firme un fonnulario separado indicando si usted consiente a la revelación de su infonnación a terceras partes por medio del Localizador de Detenidos.

**Autorización**: La recopilación y uso de su infonnación de esta manera esta autorizada bajo el acta de Inmigración y Nacionalidad y el acta de Refonna de Inmigración Ilegal y la Responsabilidad del Inmigrante (Titulo 8, código de Los Estados Unidos) y el acta del Departamento de Seguridad Nacional (P.L. 107-296).

Respondent ______________________ A 208 677 510
Witness ______________________

**www.ice.gov/locator/**

**A 208 677 510**

COC: EL SALVADOR

# Arrested or Detained Foreign Nationals

**Statement 1:**
**When Consular Notification is at the Foreign National's Option**

As a non-U.S. citizen who is being arrested or detained, you are entitled to have us notify your country's consular representatives here in the United States. A consular official from your country may be able to help you obtain legal counsel, and may contact your family and visit you in detention, among other things. If you want us to notify your country's consular officials, you can request this notification now, or at any time in the future. After you consular officials are notified, they may call or visit you. Do you want us to notify your country's consular officials?

**YES**, I do want my consular officials notified.     **NO**, I do not want my consular officials notified.

REFUSED TO SIGN

_____________________________ Signature of Respondent     __________ Date

X [signature] _____________________________ Signature of Official     X 7/1/26 __________ Date

---

**Statement 2:**
**When Consular Notification is Mandatory**

Because of your nationality, we are required to notify your country's consular representatives here in the United States that you have been arrested or detained. After your consular officials are notified, they may call or visit you. You are not required to accept their assistance, but they may be able to help you obtain legal counsel and may contact your family and visit you in detention, among other things. We will be notifying your country's consular officials as soon as possible.

_____________________________ Signature of Respondent     __________ Date

_____________________________ Signature of Official     __________ Date

**A 208 677 510**

**COC: EL SALVADOR**

**Nacionales extranjeros arrestados o detenidos**

## Declaración 1:
## Cuando la Notificación Consular está a elección del extranjero

Como ciudadano no estadounidense que está siendo arrestado o detenido, tiene derecho a que notifiquemos a los representantes consulares de su país aquí en los Estados Unidos. Un funcionario consular de su país puede ayudarlo a obtener asesoría legal y puede comunicarse con su familia y visitarlo en detención, entre otras cosas. Si desea que notifiquemos a los funcionarios consulares de su país, puede solicitar esta notificación ahora o en cualquier momento en el futuro. Después de que se notifique a los funcionarios consulares, pueden llamarlo o visitarlo. ¿Quiere que le notifiquemos a los funcionarios consulares de su país?

SÍ, quiero que se notifique a mis funcionarios consulares. NO, no quiero que se notifique a mis funcionarios consulares.

REFUSED TO SIGN

Firma del demandado Fecha

X

Firma de la fecha oficial

## Declaración 2:
## Cuando la notificación consular es obligatoria

Debido a su nacionalidad, estamos obligados a notificar a los representantes consulares de su país aquí en los Estados Unidos que usted ha sido arrestado o detenido. Después de que se notifique a los funcionarios consulares, pueden llamarlo o visitarlo. No se requiere que acepte su asistencia, pero es posible que puedan ayudarlo a obtener asesoría legal y pueden comunicarse con su familia y visitarlo en detención, entre otras cosas. Estaremos notificando a los funcionarios consulares de su país tan pronto como sea posible.

Firma del demandado Fecha

Firma de la fecha oficial

Estados Unidos
Departamento de Seguridad Nacional
Oficina de Inmigración y Control de Aduanas

Aviso de derechos para la sala de espera de Central Islip.

(a) Llamar a familiares, amigos o abogados.

(b) Realizar llamadas telefónicas confidenciales, sin supervisión ni grabación, sin límite de tiempo y gratuitas.

(c) Programar llamadas con su abogado dentro de las 3 horas posteriores a la solicitud.

(d) Solicitar y recibir, de inmediato y sin costo, ropa limpia y un área privada para cambiarse.

(e) Solicitar y, si no hay suficientes materiales disponibles en la sala de espera, recibir de inmediato y sin costo toallitas húmedas, toallas, papel higiénico, productos de higiene bucal (incluidos cepillos y pasta de dientes) y, en el caso de salas de espera con una o más detenidas, productos de higiene femenina.

(f) Solicitar atención médica.

(g) Conservar los inhaladores de emergencia que tuvieran en su poder al momento del arresto y recibir de los agentes cualquier medicamento recetado que tuvieran en su poder al momento del arresto, de la manera indicada, mientras se encuentren bajo custodia, previa solicitud.

(h) Solicitar y recibir, de inmediato, una o más mantas adicionales.

(i) Solicitar y recibir, de inmediato y sin costo, agua embotellada.

(j) Solicitar y recibir, de inmediato, comidas adicionales.

# EXHIBIT E

U.S. Department of Homeland Security

# Notice of Intent/Decision to Reinstate Prior Order

File No. 208 677 510
Event No: RGC1610000790
FIN: 1195334106 Date: July 1, 2026

Name: JOSE ADALBERTO CHICAS-GUTIERREZ

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of Removal (Deportation / exclusion / removal) entered against you. This intent is based on the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on November 1, 2015 (Date) at RIO GRANDE CITY, TX (Location).

2. You have been identified as an alien who:

   ☒ was removed on November 17, 2015 (Date) pursuant to an order of deportation / exclusion / removal.

   ☐ departed voluntarily on ______ (Date) pursuant to an order of deportation / exclusion / removal on or after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about Unknown Date (Date) at or near Unknown (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* Spanish *language.*

ST. John #13174
(Printed or typed name of official)

[signature]
(Signature of officer)

Deportation officer
(Title of officer)

## Acknowledgment and Response

I ☒ do ☐ do not wish to make a statement contesting this determination.

7/1/26
(Date)

REFUSED TO SIGN
(Signature of Alien)

## Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

July 1, 2026
(Date)

Central Islip. NY
(Location)

[signature] Rey / (A) SDDO 6647
(Signature of authorized deciding official)

REY, K 6647
(Printed or typed name of official)

(A) SDDO
(Title)

Form I-871 (Rev. 08/01/07)

# EXHIBIT F

**U.S. Department of Homelanu Security**
**Immigration and Customs Enforcement**

## Warning for Failure to Depart

| Name: | Field Office: | File #: |
|---|---|---|
| CHICAS-GUTIERREZ, JOSE ADALBERTO | CIP-T | 208 677 510 |

Section 243(a) of the Immigration and Nationality Act provides, in part, that:

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 237(a) who--

(A) willfully fails or refuses to depart from the United States within a period of 90 days* from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

(B) willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,

(C) connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or

(D) willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,

shall be fined under title 18, United States Code, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes described in paragraph (1)(E), (2), (3), or (4) of section 237(a)), or both.

Nothing in this section shall make it a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any action Immigration and Customs Enforcement may take to obtain a travel document for your departure or to remove you will *NOT* relieve you of the liability for compliance with the provisions of law referred to in the first paragraph above.

*Section 241(a)(1)(C) provides for the extension of the statutory removal period if the alien refuses, during the removal period, to make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to prevent the alien's removal subject to an order of removal.

| Date Order Final: | Ordered Removed under Section: |
|---|---|
| November 01, 2015 | 8 USC 1182, 212a7AiI |

**Record of Service**
**(Check method used)**

**( X ) Record of Personal Service**

| Served By: (Print Name and Title of Officer) | Date: |
|---|---|
| x ST John Deportation Officer | July 01, 2026 |

| Officer's Signature: | Location of Service: |
|---|---|
| [illegible] | Central Islip, NY |

| Served On: (Alien's Signature) | Date: |
|---|---|
| REFUSED TO SIGN | July 01, 2026 |

**( ) Warning administered in Court**
**(Copy of order attached)**

**( ) Certified Mail Service**

**Attach certified mail receipts here.**

**Record of Personal Service (Cont.)**

**Fingerprint of Alien (Specify finger used)**



RIGHT INDEX

**Form I-229(a)**
**(Revised 12/04/02)**

# INSTRUCTION SHEET TO DETAINEE REGARDING REQUIREMENT TO ASSIST IN REMOVAL

The following is a list of things you are required to complete within 30 days of receiving this form, in order comply with your obligation to assist in obtaining a travel document:

*<u>Mandatory requirements will be checked off by the ICE officer depending on the facts of each case</u>. Failure to comply or provide sufficient evidence of your inability to comply, may result in the extension of the removal period and subject you to further detention. In addition, you may be subject to criminal prosecution. If you need assistance in complying with any of the requirements, please contact a Deportation Officer.*

- ☒ Submit passports (current and expired) to ICE. If you have a copy of your passport, you are to submit it.
- ☒ Apply for a travel document/passport from your embassy or consulate, or directly from your government in your native country, or any other embassy or consulate of your native country in another country.
- ☒ Comply with all instructions from all embassies or consulates requiring completion of documentation for issuance of a travel document.
- ☒ Submit to ICE birth certificates, national identification cards, and any other document issued by a foreign government indicating your citizenship, nationality, place of birth, and place of residence prior to entering the United States.
- ☒ Provide names and addresses of family and friends residing in the United States and request that they contact your embassy or consulate in the United States, in order to facilitate the issuance of a travel document.
- ☒ Provide names and addresses of family and friends residing in your country of citizenship and request family and friends residing abroad contact your government in reference to issuing a travel document.
- ☒ You are required to take measures to request reinstatement of your previous nationality, register as required, or take any other action that will ensure the issuance of a travel document and your removal from the United States.
- ☒ Provide ICE with written copies of requests to embassies or consulates requesting issuance of a travel document.
- ☒ Provide ICE with written copies of responses from embassies or consulates regarding your requests.
- ☒ Solicit permission from another country, which may be able to accept you, to enter that country to affect your removal from the United States.
- ☒ Provide your true and correct name and date of birth and any other identities you have ever used.
- ☒ Other:______________________________

Alien's Signature REFUSED TO SIGN __________ A Number 208 677 510

Served by [signature] on July 01, 2026 at CIP-T

Officer's Name Date Location

**To be served with I-229 (a) no later than 30 days after the final order**

(Rev. 04/18/12)