**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

August 25, 2026

Honorable Nusrat J. Choudhury
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Jose Adelberto Chicas Gutierrez v. Mullin, et ano.*
No. 26-cv-4003 (Choudhury, J.)

Dear Judge Choudhury:

This Office represents Respondents in the above-referenced action, in which Petitioner Jose Adalberto Chicas Gutierrez ("Petitioner") filed a Petition for a writ of habeas corpus challenging his detention by Immigration and Customs Enforcement ("ICE"). Respondents respectfully submit this letter in response to the Electronic Order entered earlier today, August 25, 2025 (the "August 25 Order"), directing them to provide the Court with an update no later than 5 p.m. today as to "Petitioner's location, any plans for ICE to transfer Petitioner to a different facility, and whether any planned transfer complies with this Court's July 6, 2026 Order prohibiting Respondents from transferring Petitioner to any facility outside of the Eastern District of New York, Southern District of New York, and District of New Jersey."

Agency counsel for ICE has stated that Petitioner is scheduled to be transferred today from the Delaney Hall Detention Facility ("Delaney Hall") in Newark, New Jersey, to the Metropolitan Detention Center ("MDC") in Brooklyn. As the MDC is located in the Eastern District of New York, this transfer will comply with the July 6, 2026 Order. ICE has no plans to transfer Petitioner to any detention facility outside of the Eastern District of New York, Southern District of New York, and District of New Jersey.

Respondents thank the Court for its consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ *Mary M. Dickman*
Mary M. Dickman
Assistant United States Attorneys
(631) 715-7863
mary.dickman@usdoj.gov

Cc: Counsel of record by ECF