**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

September 26, 2026

Honorable Nusrat J. Choudhury
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Jose Adelberto Chicas Gutierrez v. Mullin, et ano.*
No. 26-cv-4003 (Choudhury, J.)

Dear Judge Choudhury:

This Office represents Respondents in the above-referenced action, in which Petitioner Jose Adalberto Chicas Gutierrez ("Petitioner") filed a Petition for a writ of habeas corpus challenging his detention by Immigration and Customs Enforcement ("ICE"). Respondents respectfully submit this letter in response to the Electronic Order entered yesterday, September 25, 2026 (the "September 25 Order"), directing them to file a letter on the docket no later than 12 noon today "(1) identifying where petitioner is presently located and (2) whether he was removed, at any time, from outside of the Eastern District of New York, Southern District of New York and District of New Jersey, which is expressly prohibited by this Court's Stay of Removal and Order to Show Cause [and] inform Petitioner's counsel how he may communicate with Petitioner and continue to receive updates on Petitioner's location."

As Respondents advised the Court in their letter dated August 25, 2026 (Dkt. # 19), on August 25, 2026, Petitioner was transferred from the Delaney Hall Detention Facility ("Delaney Hall") in Newark, New Jersey, to the Metropolitan Detention Center ("MDC") in Brooklyn. ICE has advised this Office that, at all times since the entry of the Stay of Removal and Order to Show Cause entered on July 6, 2026 (the "July 6, 2026 Order"), which directed that Petitioner be Eastern District of New York, the Southern District of New York and the District of New Jersey, Petitioner has been detained in either the Eastern District of New York or the District of New Jersey.

The undersigned advised Petitioner's counsel by email at approximately 7:45 p.m. yesterday that Petitioner remains detained at MDC and stated that Petitioner's family can contact him by using the instructions provided on ICE's website for detainees housed at MDC -- https://www.ice.gov/detain/detention-facilities/mdc-brooklyn.

ICE has further advised this Office that Petitioner's counsel and his family also may reach out directly to the detained docket officer who is overseeing Petitioner's detention at MDC, Deportation Officer Kerryn Irving ("DO Irving"), whose email address is Kerryn Irving, Kerryn.A.Irving@ice.dhs.gov. In addition to providing information regarding Petitioner's

location, DO Irving can facilitate contact with Petitioner in the event that Petitioner's family or counsel have any difficulty following the procedures set forth on the website for visitation of ICE detainees housed at MDC.

Respondents thank the Court for its consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ *Mary M. Dickman*
Mary M. Dickman
Assistant United States Attorneys
(631) 715-7863
mary.dickman@usdoj.gov

Cc: Counsel of record by ECF